UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-05247-SVW-JC | Date | October 8, 2021 |
|---|---|---|---|
| Title | William Loftus v. Ezra Rishty et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISCHARGING DISMISSING CASE

On September 29, 2021, the Court issued an order to show cause why this action should not be dismissed for lack of prosecution.

Plaintiff was ordered to respond, no later than, October 6, 2021.

To date, plaintiff has failed to respond to the Court's order.

The case is dismissed for lack of prosecution.

:

Initials of Preparer     PMC